MARK J. BOURASSA, ESQ., 7999
TRENT L. RICHARDS, ESQ., 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BERNARD BECHARD,

    Plaintiff,

vs.

AARGON AGENCY, INC.

    Defendant.

Case No.: 2:15-cv-01181-GMN-PAL

**DEFENDANT, AARGON AGENCY, INC. CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant, AARGON AGENCY, INC, by and through its attorney, Mark J. Bourassa and file this CERTIFICATE OF INTERESTED PARTIES pursuant to LR 7.1.1. The undersigned, counsel of record for AARGON AGENCY, INC, certifies that the following have an interest in the outcome of this case: DUANE CHRISTY

There is no parent corporation for AARGON AGENCY, INC. There is no publicly held corporation that owns 10% or more of AARGON AGENCY, INC'S stock.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated this 2nd day of July 2015.

                                                **THE BOURASSA LAW GROUP, LLC**

                                                */s/ Mark J. Bourassa*

                                                MARK J. BOURASSA, ESQ., 7999
                                                TRENT L. RICHARDS, ESQ., 11448
                                                8668 Spring Mountain Road, Ste. 101
                                                Las Vegas, Nevada 89117
                                                Tel: (702) 851-2180
                                                Fax: (702) 851-2189
                                                *Attorneys for Defendant Aargon Agency, Inc*